UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Let Them Play MN, Jane Doe 1, both individually and as parent and guardian of Jane Doe 2 and John Roe 1, minors, Jane Doe 3, as parent and guardian of John Roe 2 and Jane Doe 4, minors, Jane Doe 5, and John Roe 3, as parent and guardian of John Roe 4, a minor.<br><br>       Plaintiffs,<br><br>vs.<br><br>Governor Tim Walz, in his official capacity, Attorney General Keith Ellison, in his official capacity, Commissioner Jan Malcolm, in her official capacity, Minnesota Department of Health, Commissioner Alice Roberts-Davis, in her official capacity, and Minnesota Department of Administration,<br><br>       Defendants. | Case No. 0:20-cv-25052505-JRT-HB<br><br><br><br>**PLAINTIFFS'**<br>**28 U.S.C. § 455 MOTION** |

Plaintiffs, above-named, hereby move the Court for an order to recuse the current judicial assignment in this action pursuant to 28 U.S.C. § 455. This Motion is brought is based on all of the files, records, and proceedings herein, including without limitation the contemporaneously filed Declaration, Exhibits, and Memorandum of Law, and all other supporting documents and pleadings which are or may be submitted, and all other filings and proceedings in the above-captioned action.

Dated: December 15, 2020	**CROSSCASTLE, P.A.**

By:  s/ Samuel W. Diehl
Samuel W. Diehl (#388371)
Ryan D. Wilson (#400797)
333 Washington Avenue N.
Ste 300-9078
Minneapolis, MN 55401
P: (612) 412-4175
F: (612) 234-4766
Email: sam.diehl@crosscastle.com
ryan.wilson@crosscastle.com

**ATTORNEYS FOR PLAINTIFFS**