UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Let Them Play MN, Jane Doe 1, both individually and as parent and guardian of Jane Doe 2 and John Roe 1, minors, Jane Doe 3, as parent and guardian of John Roe 2 and Jane Doe 4, minors, Jane Doe 5, and John Roe 3, as parent and guardian of John Roe 4, a minor.<br><br>Plaintiffs,<br><br>vs.<br><br>Governor Tim Walz, in his official capacity, Attorney General Keith Ellison, in his official capacity, Commissioner Jan Malcolm, in her official capacity, Minnesota Department of Health, Commissioner Alice Roberts-Davis, in her official capacity, and Minnesota Department of Administration,<br><br>Defendants. | Case No. 0:20-cv-2505-JRT-HB<br><br><br><br>**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Let Them Play MN, Jane Doe 1, both individually and as parent and guardian of Jane Doe 2 and John Roe 1, minors, Jane Doe 3, as parent and guardian of John Roe 2 and Jane Doe 4, minors, Jane Doe 5, and John Roe 3, as parent and guardian of John Roe 4, a minor, hereby dismiss the above captioned action without prejudice. Dismissal without prejudice under Rule 41(a)(1)(A)(i) is proper because (1) Defendants Governor Tim Walz, in his official capacity, Attorney General Keith Ellison, in his official capacity, Commissioner Jan Malcolm, in her official capacity, Minnesota Department of Health, Commissioner

Alice Roberts-Davis, in her official capacity, and Minnesota Department of Administration have not served an answer or a motion for summary judgment and (2) Plaintiffs have not previously dismissed an action based on or including similar claims in any court of the United States or of any state. The dismissal is effective upon filing of this Notice of Dismissal and without an order of the Court.

Dated: January 5, 2021　　　　　　　　**CROSSCASTLE, P.A.**

　　　　　　　　　　　　　　　　　　By:   s/ Samuel W. Diehl
　　　　　　　　　　　　　　　　　　　　Samuel W. Diehl (#388371)
　　　　　　　　　　　　　　　　　　　　Ryan D. Wilson (#400797)
　　　　　　　　　　　　　　　　　　　　333 Washington Avenue N.
　　　　　　　　　　　　　　　　　　　　Ste 300-9078
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　　　　P: (612) 412-4175
　　　　　　　　　　　　　　　　　　　　F: (612) 234-4766
　　　　　　　　　　　　　　　　　　　　Email: sam.diehl@crosscastle.com
　　　　　　　　　　　　　　　　　　　　　　　　ryan.wilson@crosscastle.com

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFFS**